# EXHIBIT B

**Patent Claims Analysis**
**of**
**US9699444: "Faster state transitioning for continuous adjustable 3Deeps filter spectacles using multi-layered variable tint materials"**

**against**
**Intuitive Surgical's da Vinci**

# US9699444B2

United States

Inventor          Kenneth Martin Jacobs, Ronald Steven Karpf

Current Assignee  Vdpp LLC

Worldwide applications

2009 US 2010 US 2013 US 2014 US US2015 US 2016 US 2017 US

| Claims priority from a provisional application | | 01/23/2001 | Expired |
|---|---|---|---|

Total patentTerm Adjustments
0

CLAIMS

9. An apparatus comprising:

a storage adapted to:

store one or more image frames; and

a processor adapted to:

obtain a first image frame from a first video stream;

remove a portion of the first image frame to generate a modified image frame, wherein the modified image frame is different from the first image frame;

generate a bridge frame, wherein the bridge frame is a non-solid color, wherein the bridge frame is different from the first image frame and different from the modified image frame;

blend the modified image frame with the bridge frame to generate a blended modified image frame; and

display the blended modified image frame.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. An apparatus comprising: | *Intuitive Surgical's da Vinci is an apparatus.*<br><br><br><<https://www.intuitive.com/en-us/products-and-services/da-vinci/5>> |
| 1.1 | a storage adapted to:<br><br>store one or more image frames; and | *Since Intuitive Surgical's da Vinci is able to display video - it has a storage.*<br><br>*Intuitive Surgical's da Vinci stores one or more image frames.* |
| 1.2 | a processor adapted to:<br><br>obtain a first image frame from a first video stream; | *Since Intuitive Surgical's da Vinci uses is able to display video - it has a processor.*<br><br>*Intuitive Surgical's da Vinci obtains a first image frame from a first video stream.* |

| 1.3 | remove a portion of the first image frame to generate a modified image frame, | *Intuitive Surgical's da Vinci removes (scales) the first image frame to generate a modified image frame.* |
|---|---|---|
| 1.4 | wherein the modified image frame is different from the first image frame; | *The modified image frame is different from the first image frame.* |
| 1.5 | generate a bridge frame, wherein the bridge frame is a non-solid color, | *Intuitive Surgical's da Vinci has an On-Screen Display (OSD) which is the non-solid color bridge frame.*<br><br>*From the  Main Menu, the On-Screen Display (OSD) can be used.*<br><br><br>**Robotic Surgery Demonstration Using Da Vinci Surgical System**<br><https://www.youtube.com/watch?v=VJ_3GJNz4fg> |
| 1.6 | wherein the bridge frame is different from the first image frame and different from the modified image frame; | *The bridge frame is different from the first image frame and different from the modified image frame.* |

| 1.7 | blend the modified image frame with the bridge frame to generate a blended modified image frame; and | *Intuitive Surgical's da Vinci blends the modified image frame with the bridge frame to generate a blended modified image frame.* |
|---|---|---|
| 1.8 | display the blended modified image frame. | *Intuitive Surgical's da Vinci displays the blended modified image frame.* |