**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **VDPP, LLC,**<br>**Plaintiff,**<br><br>**v.**<br><br>**INTUITIVE SURGICAL, INC.,**<br>**Defendant,** | **Civil Action No.**<br><br><br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, VDPP, LLC, ("Plaintiff") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock. Plaintiff shows as follows:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. VDPP, LLC

2. Ramey LLP

DATED: February 16, 2026

Respectfully submitted,

    /s/    Andre R Belanger
Andre Robert Belanger (GA Fed ID: 216527)
**Poulin Willey Anastopoulo, LLC**
32 Ann Street
Charleston, SC 29403
803-222-2222
Email: andre.belanger@poulinwilley.com
cmad@poulinwilley.com

**Ramey LLP**

William P. Ramey, III (*pro hace vice* anticipated)
Texas Bar No. 24027643
446 Heights Blvd., Suite 200
Houston, Texas 77007

(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for VDPP, LLC***