**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **VDPP, LLC,** | |
| *Plaintiff*, | **Civil Action No. 1:26-cv-00903-MHC** |
| **v.** | |
| **INTUITIVE SURGICAL, INC.,** | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Intuitive Surgical, Inc. ("Intuitive" or "Defendant") and its undersigned counsel of record certify as follows:

**(1)    A full and complete list of all parties, including proposed intervenors, in the action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

Related to Plaintiff:  According to its Certificate of Interested Parties, Plaintiff VDPP, LLC ("VDPP") has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock.  *See* Dkt. No. 3.

Related to Defendant:  Intuitive Surgical, Inc. is a publicly held company that has no parent corporation, and no publicly held entity owns 10% or more of its stock.

**(2)    A full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

Related to Plaintiff: VDPP, LLC; Ramey LLP.  *See* Dkt. No. 3.

Related to Defendant: None.

**(3)    A full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:**

Counsel for Plaintiff:

Andre R. Belanger (GA Fed ID: 216527)
**Poulin Willey Anastopoulo, LLC**
32 Ann Street
Charleston, SC 29403
(803) 222-2222
andre.belanger@poulinwilley.com
camad@poulinwilley.com

William P. Ramey, III (*Pro Hac Vice* applied for)
**Ramey LLP**
446 Heights Blvd., Suite 200
Houston, Texas 77007
Telephone: (713) 426-3923
Fax: (832) 900-4941
wramey@rameyfirm.com

Counsel for Defendant:

John T. Cox III (GA Bar No. 192530)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue
Suite 2100
Dallas, TX 75201-2923
Telephone: (214) 698-3100
tcox@gibsondunn.com

Brian Rosenthal (*Pro Hac Vice* forthcoming)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue,
New York, NY 10166-0193
Telephone: (212) 351-4000
brosenthal@gibsondunn.com

**(4)    [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).]  A full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certification is filed:**

Not applicable.

Dated: March 25, 2026                    Respectfully Submitted,

                                        */s/ John T. Cox III*
                                        John T. Cox III
                                        Georgia Bar No. 192530
                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        2001 Ross Avenue
                                        Suite 2100
                                        Dallas, TX 75201-2923
                                        Telephone: (214) 698-3100
                                        tcox@gibsondunn.com

                                        Brian Rosenthal
                                        (*Pro Hac Vice* forthcoming)
                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        200 Park Avenue,
                                        New York, NY 10166-0193
                                        Telephone: (212) 351-4000
                                        brosenthal@gibsondunn.com

                                        *Attorneys for Defendant Intuitive Surgical, Inc.*

# LOCAL RULE 7.1(D) CERTIFICATION

Counsel hereby certifies that the foregoing was prepared in Times New Roman, 14-point font, in accordance with Northern District of Georgia Civil Local Rules LR 5.1(C) and LR 7.1(D).

*/s/ John T. Cox III*

John T. Cox III
Georgia Bar No. 192530
*Attorney for Defendant Intuitive Surgical, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Andre Robert Belanger (andre.belanger@poulinwilley.com)

I hereby certify that I have e-mailed the document to the following non-CM/ECF participants:

William P. Ramey, III (wramey@rameyfirm.com)

/s/ John T. Cox III

John T. Cox III
Georgia Bar No. 192530
*Attorney for Defendant Intuitive Surgical, Inc.*

5