**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **VDPP, LLC,** | |
| *Plaintiff*, | **Civil Action No. 1:26-cv-00903-MHC** |
| **v.** | |
| **INTUITIVE SURGICAL, INC.,** | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

**[PROPOSED] ORDER**

For good cause shown, the Court hereby GRANTS Defendant's Unopposed

Motion for Extension of Time to Answer or Respond to Complaint.  Defendant shall

have until May 26, 2026 to respond to the Complaint.

IT IS SO ORDERED, this _____ day of March, 2026.


_____
MARK H. COHEN
United States District Court Judge