# EXHIBIT B

**Patent Claims Analysis**
**of**
**US9699444: "Faster state transitioning for continuous adjustable 3Deeps filter spectacles using multi-layered variable tint materials"**

**against**
**Intuitive Surgical's da Vinci**

# US9699444B2

United States

Inventor          Kenneth Martin Jacobs, Ronald Steven Karpf

Current Assignee  Vdpp LLC

Worldwide applications

2009 US 2010 US 2013 US 2014 US US 2015 US 2016 US 2017 US

| Claims priority from a provisional application | | 01/23/2001 | Expired |
|---|---|---|---|

Total patentTerm Adjustments
0

CLAIMS

9. An apparatus comprising:

a storage adapted to:

store one or more image frames; and

a processor adapted to:

obtain a first image frame from a first video stream;

remove a portion of the first image frame to generate a modified image frame, wherein the modified image frame is different from the first image frame;

generate a bridge frame, wherein the bridge frame is a non-solid color, wherein the bridge frame is different from the first image frame and different from the modified image frame;

blend the modified image frame with the bridge frame to generate a blended modified image frame; and

display the blended modified image frame.

| Row | Claim Element | Contention |
|-----|---------------|------------|
| 1.0 | 1. An apparatus comprising: | An **apparatus *["Intuitive Surgical's da Vinci Xi System"]***. <br><br> Intuitive Surgical provides a da Vinci Xi Surgical System ("apparatus"). The da Vinci Xi Surgical System (hereinafter referred to as "system") includes components such as a surgeon console, patient cart, and vision cart, which together provide real-time visualization and processing of surgical video. The system displays visual content (e.g., endoscopic/surgical images, graphical overlays, and system interface elements) on electronic displays for use during surgical procedures. <br><br> ***apparatus*** <br><br>  <br> <https://www.intuitive.com/en-us/products-and-services/da-vinci/xi> |

### System Component Overview Discussion

#### Key features of the Surgeon Console

**3D Viewer** – enhanced vision of anatomy

**Hand Controls (Masters)** – intuitive motion translated into precise, fine, tremor filtered movements at instrument tips

**Ergonomic design** – increases ergonomic comfort for surgeon during surgery



Surgeon Console

#### Key features of the Patient Cart

**Boom** – adjustable support structure that promotes flexibility in positioning Patient Cart arms over surgical workspace

**Universal arms** – allow assignment and re-configuration of endoscope and instruments to desired ports during a surgical procedure, thereby enabling better tissue access and visualization

**Helm Touchpad** – enables non-sterile OR staff to select Patient Cart setting and adjust boom height/position, improving system setup efficiency



Patient Cart

#### Key features of the Vision Cart

**Touchscreen monitor** – provides high quality view of surgical image and allows non-sterile OR staff to adjust vision settings and troubleshoot faults

**ERBE VIO dV generator** – integrated with the System, this electrosurgical unit (ESU) indicates location of installed energy instruments and displays energy effect settings at the Surgeon Console, increasing surgeon autonomy

**Endoscope Controller** – provides a high-intensity light source to illuminate surgical site and houses electronics that promote efficient endoscope setup



Vision Cart

<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 4>



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO, at 1:12>



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO, at 1:13>

| 1.1 | a storage adapted to: <br><br> store one or more image frames; and | *a **storage** **["USB flash drive"]** adapted to: store **one or more image frames** **["still images"]**.* <br><br> *The Xi surgical system includes a Video Processor that processes endoscopic/surgical video and records still images ("image frames") onto a USB flash drive ("storage").* |
|---|---|---|

| | | |
|---|---|---|
| | | *Specification **('444 Patent, col. 6:39–42),** "The processing modules Read & Store 3Deeps Signal **401**, Store and Manage 3Deeps Signal **405**, and Parse and Store Left and Right OD **409** are the same as previously described for FIG. 4."*<br><br>*Specification **('444 Patent, col. 38:42–45),** "Both pictures A and B are single frame photographs Such as two side-by-side frames taken from a movie film showing movement of an object, for example, a woman walking down a street or a man walking his dog."*<br><br>**Vision Cart Components Discussion**<br>Other components of the Vision Cart:<br>• Endoscope Controller: Contains high intensity light source to illuminate the surgical site and electronics for initial processing of endoscopic video<br>• Video Processor: Provides additional processing of endoscopic video and allows the recording of still images onto a USB flash drive<br>• System Electronics (Core): The system's central connection point where system cables and auxiliary equipment are routed<br><https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 13><br><br>**Take Photo** — Capture an image from the endoscope view when an endoscope is connected to the Endoscope Controller and a USB flash drive is connected to the Video Processor<br><https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 11> |
| 1.2 | a processor adapted to:<br><br>obtain a first image frame from a first video stream; | *a processor adapted to: obtain **a first image frame [**"original still image"**]** from a **first video stream [**"endoscopic/surgical video"**].***<br><br>*The Xi surgical system receives endoscopic/surgical video ("first video stream") comprising a sequence of original still images ("first image frame") and processes the received video using a Video Processor ("processor").*<br><br>*Specification **('444 Patent, col. 6:52–55),** "The electrically controlled spectacle also includes a control unit housed in the frame, the control unit being adapted to control."*<br><br>*Specification **('444 Patent, col. 6:39–42),** "The processing modules Read & Store 3Deeps Signal **401**, Store and Manage 3Deeps Signal **405**, and Parse and Store Left and Right OD **409** are the same as previously described for FIG. 4."*<br><br>**Vision Cart Components Discussion**<br>Other components of the Vision Cart:<br>• Endoscope Controller: Contains high intensity light source to illuminate the surgical site and electronics for initial processing of endoscopic video<br>• Video Processor: Provides additional processing of endoscopic video and allows the recording of still images onto a USB flash drive<br>• System Electronics (Core): The system's central connection point where system cables and auxiliary equipment are routed<br><https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 13> |

| | | |
|---|---|---|
| | | • Main display shows the video feed received from the system electronics. When no video is being received, color bars will show on the main display.<br><br><https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 10> |
| 1.3 | remove a portion of the first image frame to generate a modified image frame, | **Remove *["crop"]*** *a portion of the* **first image frame *["original still image"]*** *to generate a* **modified image frame *["modified still image"]*.**<br><br>*The Xi surgical system processes endoscopic/surgical video and modifies still images using image processing operations such as zooming and display adjustments. Since the system applies digital zoom to the video, the system crops ("remove") portions of the original still image ("first image frame"), and generates a modified still image ("modified image frame") for display.*<br><br>*Specification **('444 Patent, col. 41:58–62),** "The slightest advance in a particular direction of the contour of one area in relation to its match-up area determines movement in that direction. Slight shrinking or enlargement of one area compared to the other creates a "Zooming in" or out effect."*<br><br>- Across the bottom of the screen are arm, instrument and endoscope status areas<br>   • This shows the name of the instrument installed, instrument arm message area, instrument activation status area, endoscope angle and orientation, horizon indicator, table status, Firefly laser status and touchscreen zoom level<br><https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 10><br><br>Views:<br>• Console view — • View surgical image as seen in the Surgeon Console 3D viewer, including TilePro images and digital zoom levels<br><https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 11> |
| 1.4 | wherein the modified image frame is different from the first image frame; | *wherein the* **modified image frame *["modified still image"]*** *is different from the* **first image frame *["original still image"]*.**<br><br>*The Xi surgical system adjusts image characteristics (e.g., color balance) and applies zoom to the image, thereby altering the visual content of the original still image ("first image frame") and generating a modified still image ("modified image frame") that is different from the original still image.*<br><br>*Specification **('444 Patent, col. 41:58–62),** "The slightest advance in a particular direction of the contour of one area in relation to its match-up area determines movement in that direction. Slight shrinking or enlargement of one area compared to the other creates a "Zooming in" or out effect."*<br><br>- Across the bottom of the screen are arm, instrument and endoscope status areas<br>   • This shows the name of the instrument installed, instrument arm message area, instrument activation status area, endoscope angle and orientation, horizon indicator, table status, Firefly laser status and touchscreen zoom level |

Page 6, Exhibit B

| | | |
|---|---|---|
| | | <https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 10><br><br>**Views:**<br>• Console view — • View surgical image as seen in the Surgeon Console 3D viewer, including TilePro images and <u>digital zoom levels</u><br><br><https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 11><br><br>• Color Modes * — <u>The Color Mode features allow you to change the endoscopic image by adjusting the color and image characteristics</u><br>• **Standard Color Mode (Default)** produces an image similar to open surgery. Tissue differentiation is more pronounced and blood appears redder than in Classic Color Mode.<br>• **Classic Color Mode** produces an image with a comfortable hue while keeping whites bright. It is ideal for looking at lower or constant contrast scenes (for example, fat, bowel, muscle). This mode closely matches the "Normal Color Mode" available on past Xi endoscopes.<br>* Endoscope Plus Only - See Endoscope Plus Training Guide PN 1058525<br><br><https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 12> |
| 1.5 | generate a bridge frame, wherein the bridge frame is a non-solid color, | *generate a* **bridge frame *["graphical overlay elements"]*,** *wherein the bridge frame is a* **non-solid color *["multiple colors"]*.**<br><br>*The Xi surgical system generates graphical overlay elements ("bridge frame") such as menus, status indicators, and telestration markings and displays those elements on the endoscopic/surgical video via an on-screen display (OSD). The system provides graphical user interface (GUI) tabs such as a Display tab, Settings tab, and Table tab, and displays these tabs alongside the endoscopic/surgical image. Further, the system also generates telestration markings (annotations) and overlays those markings on the image. The system renders these graphical elements using text, icons, and annotations in multiple colors, thereby generating a non-solid color bridge frame.*<br><br>*Specification* **('444 Patent, col. 4:43–48),** *"Specifically, two or more image pictures are repetitively presented together with a bridging interval (a bridging picture) which is preferably a solid black or other solid colored picture, but may also be a strongly contrasting image-picture readily distinguished from the two or more pictures that are substantially similar."* |

Page 7, Exhibit B



<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 10>

<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 10>

***generate a bridge frame, wherein the bridge frame is a non-solid color***

<table>
<tr><td></td><td></td><td>



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO, at 1:12>



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO, at 1:13>
</td></tr>
<tr><td>1.6</td><td>wherein the bridge frame is different from the first image frame and different from the modified image frame;</td><td>

*wherein the **bridge frame [“graphical overlay elements”]** is different from the **first image frame [“original still image”]** and different from the **modified image frame [“modified still image”]**.*

*The Xi surgical system displays graphical overlay elements (“bridge frame”) alongside*
</td></tr>
</table>

*and over the endoscopic/surgical video, which constitutes the original still image ("first image frame") and the modified still image ("modified image frame"). Since the bridge frame comprises graphical overlay elements, while the first and modified still images comprise endoscopic/surgical image data, the graphical overlay elements are different from the first still image and the modified still image.*

*Specification **('444 Patent, col. 4:43–48),** "Specifically, two or more image pictures are repetitively presented together with a bridging interval (a bridging picture) which is preferably a solid black or other solid colored picture, but may also be a strongly contrasting image-picture readily distinguished from the two or more pictures that are substantially similar."*

*Specification **('444 Patent, col. 4:36-42),** "The method of the present invention entails repetitive presentation to the viewer of at least two substantially similar image pictures alternating with a third visual interval or bridging picture that is Substantially dissimilar to the other substantially similar pictures in order to create the appearance of continuous, seamless and Sustained direc-tional movement."*



<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 10>



<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 10>



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO, at 1:12>



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO, at 1:13>

| 1.7 | blend the modified image frame with the bridge frame to generate a blended modified image frame; and | blend the **modified image frame** **["modified image frame"]** with the **bridge frame** **["graphical overlay elements"]** to generate a **blended modified image frame** **["blended modified image frame"]**.<br><br>The Xi surgical system combines the modified still image ("modified image frame") with |

*graphical overlay elements ("bridge frame") to generate a composite display. The system renders menus, tabs, status indicators, and telestration markings over the endoscopic/surgical image, such that both the image and graphical elements appear together on the display. Since the system overlays the graphical elements onto the modified still image and displays them simultaneously, the system blends the modified still image with the bridge frame to generate a blended modified still image ("blended modified image frame").*

*Specification **('444 Patent, col. 5:10-16),** "The two image pictures (A, B) are now blended with each other to produce (A/B); the two image pictures are also blended with the bridging picture to produce (C/A and B/C), and then all pictures repeat in a series starting with the bridging picture (C. C/A, A, A/B, B, B/C) each blended picture being represented by the two letters with a slash therebetween)."*



<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 10>



<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 10>

| | | |
|---|---|---|
| | | <br><https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO>, at 1:12><br><br><br><https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO>, at 1:13> |
| 1.8 | display the blended modified image frame. | *display the* **blended modified image frame** **["blended modified image frame"]**.<br><br>*The Xi surgical system displays the blended modified still image ("blended modified image frame") on the on-screen display (OSD).* |

*Specification **('444 Patent, col. 4:59-62),** "For example, where A and B are the image pictures and C is the bridging picture, the picture units are arranged (A, B, C). This arrangement is then repeated any number of times, as a continuing "loop'."*

***display the blended modified image frame***



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO>, at 1:12>



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO>, at 1:13>

Page 14, Exhibit B

- Main display shows the video feed received from the system electronics. When no video is being received, color bars will show on the main display.

<[https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf](https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf), at Page 10>