# EXHIBIT D

**Patent Claims Analysis**
**of**
**US9716874: "Continuous adjustable 3Deeps Filter Spectacles for optimized 3Deeps stereoscopic viewing, control method and means therefor, and system and method of generating and displaying a modified video"**

**against**
**Intuitive Surgical's da Vinci**

# US9716874B2

United States

Inventor       Kenneth Martin Jacobs, Ronald Steven Karpf

Current Assignee Vdpp LLC

Worldwide applications

2008  US  2009  US EP CN CN  2011  US  2012 US  2014  US US US  2016  US

| Claims priority from a provisional application | 01/23/2001 | Expired |
|---|---|---|

Total patentTerm Adjustments
0

CLAIMS

1. A method for generating and displaying modified video, the method comprising:

(1) acquiring a source video comprising a sequence of image frames;

(2) obtaining a first image frame based on a selected one of the image frames of the source video;

(3) generating a modified image frame by performing one of:

(i) expanding the first image frame;

(ii) removing a first portion of the first image frame; and

(iii) stitching together the first image frame with a second portion of a second image frame; and

(4) generating a first altered image frame that includes first and second non-overlapping portions, wherein the first non-overlapping portion comprises a first selected portion of the modified image frame, wherein the first image frame does not include the second non-overlapping portion, wherein the modified image frame does not include the second non-overlapping portion; and

(5) generating a second altered image frame that includes third and fourth non-overlapping portions, wherein the third non-overlapping portion comprises a second selected portion of the modified image frame, the second selected portion of the modified image frame being different from the first selected portion of the modified image frame, wherein the first image frame does not include the fourth non-overlapping portion, wherein the modified image frame does not include the fourth non-overlapping portion.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for generating and displaying modified video, the method comprising: | *Intuitive Surgical has a method for generating and displaying modified video.*<br><br>*Intuitive Surgical provides a da Vinci Xi Surgical System (hereinafter referred to as "system"). The system captures endoscopic/surgical video, processes the video, and modifies still images in the video using image processing operations (e.g., zooming and display adjustments). Further, the system includes graphical overlay elements (e.g., menus, status indicators, and telestration markings). These graphical overlay elements are displayed simultaneously with the processed video to generate a modified video. At last, the system displays the modified video on an on-screen display (OSD) of the da Vinci Xi Surgical System.*<br><br>*Specification **('874 Patent, col. 8:47–52),** "A source video comprising a sequence of 2D image frames is acquired, and an image frame that includes two or more motion vectors that describe motion in the image frame is obtained from the source video, wherein each of the motion vectors is associated with a region of the image frame."*<br><br>*Specification **('874 Patent, col. 9:9–10),** "In another embodiment, the blended frame is displayed to a viewer."*<br><br><br><[https://www.intuitive.com/en-us/products-and-services/da-vinci/xi](https://www.intuitive.com/en-us/products-and-services/da-vinci/xi)><br><br><br><[https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf](https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf), at Page 11> |

**Vision Cart Components Discussion**

Other components of the Vision Cart:

- Endoscope Controller: Contains high intensity light source to illuminate the surgical site and electronics for initial processing of endoscopic video
- Video Processor: Provides additional processing of endoscopic video and allows the recording of still images onto a USB flash drive
- System Electronics (Core): The system's central connection point where system cables and auxiliary equipment are routed

<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 13>

- Across the bottom of the screen are arm, instrument and endoscope status areas
  - This shows the name of the instrument installed, instrument arm message area, instrument activation status area, endoscope angle and orientation, horizon indicator, table status, Firefly laser status and touchscreen zoom level

<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 10>

| Views: | |
|---|---|
| • Console view | • View surgical image as seen in the Surgeon Console 3D viewer, including TilePro images and digital zoom levels |

<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 11>

| • Color Modes * | The Color Mode features allow you to change the endoscopic image by adjusting the color and image characteristics<br><br>• **Standard Color Mode (Default)** produces an image similar to open surgery. Tissue differentiation is more pronounced and blood appears redder than in Classic Color Mode.<br><br>• **Classic Color Mode** produces an image with a comfortable hue while keeping whites bright. It is ideal for looking at lower or constant contrast scenes (for example, fat, bowel, muscle). This mode closely matches the "Normal Color Mode" available on past Xi endoscopes.<br><br>* Endoscope Plus Only - See Endoscope Plus Training Guide PN 1058525 |

<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 12>

### 3 Vision Cart Overview

**Learning Objective**
- Interpret touchscreen interface and use it to complete typical OR Setup and settings adjustment tasks

**Touchscreen Monitor Discussion**
- The touchscreen monitor is used to view the surgical field, view instrument and endoscope status and control Vision System settings
  - The menu display area is always available on the right-hand side of the touchscreen monitor
  - Across the top is the system status and message area: non-critical messages can be hidden
  - Across the bottom of the screen are arm, instrument and endoscope status areas
    - This shows the name of the instrument installed, instrument arm message area, instrument activation status area, endoscope angle and orientation, horizon indicator, table status, Firefly laser status and touchscreen zoom level
    - Messages relevant to the installed instruments and endoscope appear over the applicable arm status pods
  - Main display shows the video feed received from the system electronics. When no video is being received, color bars will show on the main display.

<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 10>



<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 10>

<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO, at 1:12>

| | | |
|---|---|---|
| | | <br><<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO>, at 1:13><br><br>• Main display shows the video feed received from the system electronics. When no video is being received, color bars will show on the main display.<br><br><<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf>, at Page 10> |
| 1.1 | (1) acquiring a source video comprising a sequence of image frames; | *Acquiring* **[“captures”]** *a* **source video [“endoscopic/surgical video”]** *comprising a* **sequence [“continuous stream”]** *of* **image frames [“still images”]**.<br><br>*The Xi surgical system captures endoscopic/surgical video of the surgical field and receives the video as a continuous stream (“sequence”) of still images (“image frames”).*<br><br>Specification **(’874 Patent, col. 8:47–52),** *“A source video comprising a sequence of 2D image frames is acquired, and an image frame that includes two or more motion vectors that describe motion in the image frame is obtained from the source video, wherein each of the motion vectors is associated with a region of the image frame.”*<br><br>Take Photo — Capture an image from the endoscope view when an endoscope is connected to the Endoscope Controller and a USB flash drive is connected to the Video Processor<br><<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf>, at Page 11><br><br>**Vision Cart Components Discussion**<br>Other components of the Vision Cart:<br>• Endoscope Controller: Contains high intensity light source to illuminate the surgical site and electronics for initial processing of endoscopic video<br>• Video Processor: Provides additional processing of endoscopic video and allows the recording of still images onto a USB flash drive<br>• System Electronics (Core): The system’s central connection point where system cables and auxiliary equipment are routed<br><<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf>, at Page 13> |

| | | |
|---|---|---|
| | | |
| 1.2 | (2) obtaining a first image frame based on a selected one of the image frames of the source video; | *obtaining a **first image frame ["original still image"]** based on a selected one of the **image frames ["still image"]** of the **source video ["endoscopic/surgical video"]**.*<br><br>*The Xi surgical system processes endoscopic/surgical video comprising a sequence of image frames ("still image") and selects one image frame from the video stream. The selected image frame from the source video is used as an original still image ("first image frame").*<br><br>*Specification **('874 Patent, col. 8:47–52),** "A source video comprising a sequence of 2D image frames is acquired, and an image frame that includes two or more motion vectors that describe motion in the image frame is obtained from the source video, wherein each of the motion vectors is associated with a region of the image frame."*<br><br>**Vision Cart Components Discussion**<br>Other components of the Vision Cart:<br>• Endoscope Controller: Contains high intensity light source to illuminate the surgical site and electronics for initial processing of endoscopic video<br>• Video Processor: Provides additional processing of endoscopic video and allows the recording of still images onto a USB flash drive<br>• System Electronics (Core): The system's central connection point where system cables and auxiliary equipment are routed<br><https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 13><br><br>Take Photo \| Capture an image from the endoscope view when an endoscope is connected to the Endoscope Controller and a USB flash drive is connected to the Video Processor<br><https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 11> |
| 1.3 | (3) generating a modified image frame by performing one of:<br><br>(i) expanding the first image frame;<br><br>(ii) removing a first portion of the first image frame; and<br><br>(iii) stitching together the first image frame with a second portion of a second image frame; and | *generating a **modified image frame ["composite image"]** by performing one of: stitching together the **first image frame ["original still image"]** with a second portion of a **second image frame ["another second still image"]**.*<br><br>*The Xi surgical system combines the original still image ("first image frame") with a portion of another second still image ("second image frame") by presenting multiple image regions within a single display (e.g., via tiled or multi-image display modes). Through this, the system generates a composite image ("modified image frame").*<br><br>*Specification **('874 Patent, col. 9:12–15),** "A source video including a sequence of 2D image frames is acquired, and a modified image frame is obtained based on a selected one of the image frames of the source video."*<br><br>• Up to two video sources in one of the labeled formats can be plugged into any of the video input bays on Vision Cart or Surgeon Console, to enable auxiliary videos or images in the multi-image mode (TilePro).<br>**OR Application:** Examples: View ultrasound images during surgery, or training videos during console skills practice<br><https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 8> |

| | | |
|---|---|---|
| | | Specify video output format<br>• 2D/3D Tilepro<br>• Graphics off/on<br>• 2D/3D video out<br>• Connector type selection x3 |
| | **Video Input/Output** | |

<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 12>

| 1.4 | (4) generating a first altered image frame that includes first and second non-overlapping portions, | *generating a first altered image frame that includes first and second non-overlapping portions.* |
|---|---|---|

*The Xi surgical system provides a multi-image display mode (e.g., TilePro) that presents multiple image sources simultaneously in separate regions of the display. The system uses the original still image to form a first portion of the altered image frame and uses a portion of the second still image to form a second portion. The system positions these portions in separate display regions such that they do not overlap, thereby generating a first altered image frame that includes first and second non-overlapping portions.*

- Up to two video sources in one of the labeled formats can be plugged into any of the video input bays on Vision Cart or Surgeon Console, to enable auxiliary videos or images in the multi-image mode (TilePro).

**OR Application:** Examples: View ultrasound images during surgery, or training videos during console skills practice

<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 8>

| | | |
|---|---|---|
| | | Specify video output format<br>• 2D/3D Tilepro<br>• Graphics off/on<br>• 2D/3D video out<br>• Connector type selection x3 |
| | **Video Input/Output** | |

<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 12>

<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 10>

| 1.5 | wherein the first non-overlapping portion comprises a first selected portion of the modified image frame, | *wherein the first non-overlapping portion comprises a first selected portion of the modified image frame.*<br><br>*The Xi surgical system applies image processing operations (e.g., zoom or display adjustments) to define and select a portion of the modified image frame. The system derives the first non-overlapping portion directly from a selected region of the modified image frame and places that selected region as a distinct portion within the altered image frame such that the first non-overlapping portion comprises a first selected portion of the modified image frame.* |

<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 12>

<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 10>

| 1.6 | wherein the first image frame does not include the second non-overlapping portion, | *wherein the* **first image frame** **["original still image"]** *does not include the second non-overlapping portion.*<br><br>*The Xi surgical system receives the endoscopic/surgical video feed comprising a sequence of still images and captures still images from the endoscopic/surgical video feed, where each still image corresponds to an individual image frame. Since each captured still image represents a separate frame of the endoscopic/surgical video, the original still image ("first image frame") does not include image data from the second still image and* the *second non-overlapping portion.*<br><br><br><https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 13> |



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO, at 1:12>



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO, at 1:13>

| 1.7 | wherein the modified image frame does not include the second non-overlapping portion; and | *wherein the modified image frame does not include the second non-overlapping portion.*<br><br>*The Xi surgical system generates a modified image frame by processing the original still image using image processing operations (e.g., zooming or display adjustments). The system captures second still image from the endoscopic/surgical video stream and uses a portion of the second still image as a second non-overlapping portion in an altered* |

|  |  | *image frame. Since the modified image frame is derived from the original still image and the second non-overlapping portion is derived from the second still image, the modified image frame does not include the second non-overlapping portion.*

Specify video output format
- 2D/3D Tilepro
- Graphics off/on
- 2D/3D video out
- Connector type selection x3

Video Input/Output

<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 12>

**3 Vision Cart Overview**

**Learning Objective**
- Interpret touchscreen interface and use it to complete typical OR Setup and settings adjustment tasks

**Touchscreen Monitor Discussion**
- The touchscreen monitor is used to view the surgical field, view instrument and endoscope status and control Vision System settings
  - The menu display area is always available on the right-hand side of the touchscreen monitor
  - Across the top is the system status and message area: non-critical messages can be hidden
  - Across the bottom of the screen are arm, instrument and endoscope status areas
    - This shows the name of the instrument installed, instrument arm message area, instrument activation status area, endoscope angle and orientation, horizon indicator, table status, Firefly laser status and touchscreen zoom level
    - Messages relevant to the installed instruments and endoscope appear over the applicable arm status pods
  - Main display shows the video feed received from the system electronics. When no video is being received, color bars will show on the main display.

<https://www.lmc-clients.com/intuitive/2023/Resources/StaffingGuide/1007573-09-USrD-Xi-ORstaff-InServiceGuide-OS4v9.pdf, at Page 10>

| 1.8 | (5) generating a second altered image frame that includes third and fourth non-overlapping portions, | *generating a second altered image frame that includes third and fourth non-overlapping portions*

*The Xi surgical system generates a second altered image frame by forming distinct portions from image data and combining them into a single image. The system forms a third portion from image data of a third still image and forms a fourth portion from image data of fourth still image, thereby generating a second altered image frame that includes third and fourth non-overlapping portions.* |

Page 11, Exhibit D



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO, at 1:12>



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO, at 1:13>

| 1.9 | wherein the third non-overlapping portion comprises a second selected portion of the modified image frame, the second selected | *wherein the third non-overlapping portion comprises a second selected portion of the modified image frame, the second selected portion of the modified image frame being different from the first selected portion of the modified image frame*<br><br>*The Xi surgical system selects a first portion of the modified image frame and also selects a second portion of the modified image frame, where the second selected portion* |

| | |
|---|---|
| portion of the modified image frame being different from the first selected portion of the modified image frame, | *corresponds to a different region of the modified image frame than the first selected portion. The system uses the second selected portion as the third non-overlapping portion in an altered image frame. Therefore, The third non-overlapping portion comprises a second selected portion of the modified image frame, and the second selected portion is different from the first selected portion.* |



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO, at 1:12>



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO, at 1:13>

| 1.10 | wherein the first image frame does not include the fourth non-overlapping portion, | wherein the **first image frame** [**"original still image"**] *does not include the fourth non-overlapping portion.*<br><br>*The Xi surgical system also generates a fourth non-overlapping portion from image data that is not included in the original still image ("first image frame"). Since the fourth non-overlapping portion is derived from image data of the fourth still image, which is separate from the original still image, the original still image does not include the fourth non-overlapping portion.*<br><br><br><https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO, at 1:12> |



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO>, at 1:13>

| 1.11 | wherein the modified image frame does not include the fourth non-overlapping portion. | *wherein the modified image frame does not include the fourth non-overlapping portion*<br><br>*Since the modified image frame is derived from the original still image and the fourth non-overlapping portion is derived from the fourth still image, the modified image frame does not include the fourth non-overlapping portion.*<br><br><br><https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO>, at 1:12> |



<https://youtu.be/H4WzUSq9OeY?si=6V173-FELmTQlqqO, at 1:13>