# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **VDPP, LLC,** | |
| *Plaintiff*, | **Civil Action No. 1:26-cv-00903-MHC** |
| **v.** | |
| **INTUITIVE SURGICAL, INC.,** | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1) and Section II.a of this Court's Standing Order Regarding Civil Litigation (*see* Dkt. No. 5, at 8–9), Defendant Intuitive Surgical, Inc. ("Defendant") respectfully requests that the Court extend its deadline to answer or respond to Plaintiff VDPP, LLC's ("Plaintiff") First Amended Complaint ("FAC"). The FAC was filed on May 20, 2026 (Dkt. No. 12). Accordingly, Defendant's response is presently due June 3, 2026. *See* Fed. R. Civ. P. 15(a)(3). For the reasons set forth below, Defendant asks the Court to extend this deadline by 45 days, to July 20, 2026. The parties have conferred, and Plaintiff does not object to the requested relief.

There is good cause to grant the requested relief.

2

Defendant is diligently working to assess Plaintiff's new allegations and its defenses; however, additional time is needed for the following reasons. Defendant and its counsel need additional time to investigate the allegations contained in the FAC and prepare to defend against Plaintiff's claims. Specifically, Defendant and its counsel require additional time to investigate the newly accused product, collect and review relevant documents from multiple custodians, confer with key personnel and potential witnesses, and evaluate its response and defenses. Additionally, key personnel at Defendant as well as its outside counsel have various travel and case commitments in this time period. An extension will promote efficiency and ensure the issues are properly framed for the Court. Given the early stage of the case, no scheduling order has been entered and no additional deadlines have yet been set, and therefore, this extension will not affect the Court's current schedule in this matter.

Dated: June 3, 2026

Respectfully Submitted,

/s/ *John T. Cox III*
John T. Cox III
Georgia Bar No. 192530
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue
Suite 2100
Dallas, TX 75201-2923
Telephone: (214) 698-3100
tcox@gibsondunn.com

Brian Rosenthal
(*Pro Hac Vice* forthcoming)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue,
New York, NY 10166-0193
Telephone: (212) 351-4000
brosenthal@gibsondunn.com

*Attorneys for Defendant Intuitive Surgical, Inc.*

3

## LOCAL RULE 7.1(D) CERTIFICATION

Counsel hereby certifies that the foregoing was prepared in Times New Roman, 14-point font, in accordance with Northern District of Georgia Civil Local Rules LR 5.1(C) and LR 7.1(D).

/s/ John T. Cox III
John T. Cox III

## CERTIFICATE OF SERVICE

Counsel hereby certifies that the foregoing has been served via the Court's CM/ECF system on counsel of record this 3rd day of June 2026.

/s/ John T. Cox III
John T. Cox III

4