**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

VDPP, LLC,

*Plaintiff*,

v.

INTUITIVE SURGICAL, INC.,

*Defendant.*

Case No.: 1:26-cv-00903-MHC

# ORDER

Upon consideration of the parties' Joint Motion to Stay, and for good cause shown, the Court GRANTS the Motion and ORDERS that all discovery and related deadlines under LR 16.1, 16.2, and 26.1 are STAYED until resolution of Defendant Intuitive Surgical, Inc.'s Motion to Dismiss. If the Court denies that motion, then the parties shall hold their Rule 26(f) early planning conference under LR 16.1 within fourteen days of the date of that order, and the parties shall file the Joint Preliminary Report and Discovery Plan and serve initial disclosures under LR 26.1 within thirty days of the date of that order.

SO ORDERED this 5th day of August, 2026.

Mark H. Cohen

MARK H. COHEN
United States District Judge