**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| VDPP, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>*Defendant.* | Case No.: 1:26-cv-00903-MHC |

**STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff VDPP, LLC and Defendant Intuitive Surgical, Inc. jointly stipulate to dismiss this action *with prejudice*, with each party to bear its own attorneys' fees, costs, and expenses.

Dated: August 27, 2026

*/s/ Andre R. Belanger (with permission)*
Andre Robert Belanger
Georgia Bar No. 216527
**Go Big Injury Law**
Class Action Mass Torts Division
1 Glenlake Parkway NE
Suite 650
Sandy Springs, GA 30328
Telephone: 800-777-7777
Email: andre.belanger@poulinwilley.com

William P. Ramey, III

*/s/ Warren J. Thomas*
John T. Cox III
Georgia Bar No. 192530
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Telephone: (214) 698-3100
Email: tcox@gibsondunn.com

Brian Rosenthal
(*Pro Hac Vice*)
**GIBSON, DUNN & CRUTCHER LLP**

(*Pro Hac Vice*)
**Ramey LLP**
446 Heights Blvd, Suite 200
Houston, TX 77007
Telephone: 713-426-3923
Fax: 832-900-4941
Email: wramey@rameyfirm.com

*Attorneys for Plaintiff VDPP, LLC*

200 Park Avenue,
New York, NY 10166-0193
Telephone: (212) 351-4000
Email: brosenthal@gibsondunn.com

Hannah L. Bedard
(*Pro Hac Vice*)
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, NW
Washington, DC 20036
Telephone: (202) 777-9579
Email: hbedard@gibsondunn.com

Warren James Thomas
Georgia Bar No. 164714
**MEUNIER CARLIN & CURFMAN, LLC**
999 Peachtree Street NE, Suite 1300
Atlanta, GA 30309
Telephone: 678-771-7781
Email: wthomas@mcciplaw.com

*Attorneys for Defendant Intuitive Surgical, Inc.*